33 N.J. 387 (1960)
164 A.2d 849
BAND'S REFUSE REMOVAL, INC., PLAINTIFF-RESPONDENT,
v.
BOROUGH OF FAIR LAWN, ET AL., DEFENDANTS-RESPONDENTS, CROSS-PETITIONERS, AND FRANK CAPASSO, ET AL., DEFENDANTS-PETITIONERS, CROSS-RESPONDENTS.
The Supreme Court of New Jersey.
October 17, 1960.
Messrs. Budd, Larner & Kent for the petitioners, cross-respondents.
Mr. Walter H. Jones and Mr. Morris Dobrin for the respondents, cross-petitioners.
Denied.